No. 8491. MEYER & CHAPMAN STATE BANK, RESPONDENT, *v.* MARGARET T. SOUDERS ET AL., APPELLANTS.

Decided January 11, 1944.

PER CURIAM.—Respondent's motion to dismiss the appeal herein for the reason that the transcript on appeal had not been filed within the time required by the rules of this court is hereby granted and the appeal is ordered dismissed.

*Mr. R. G. Wiggenhorn,* for Respondent.

*Messrs. Rockwood Brown & Horace S. Davis,* and *Franklin S. Longan,* for Appellants.

No. 8496. CITY OF BOZEMAN, PLAINTIFF, *v.* IKE BRADY, HELEN BRADY AND C. E. SHEPPARD, DEFENDANTS.

Decided January 13, 1944.

PER CURIAM.—Upon request of the above named defendants (appellants) that their appeal herein be dismissed, it is so ordered and the appeal is accordingly dismissed.

*Mr. E. F. Bunker,* for Appellants; *Mr. Walter Aitken,* for Respondent.